IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02560-PSF-MJW

NANCI V. BRAVO,

    Plaintiff,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES,

    Defendant.

---

## ORDER OF ADMINISTRATIVE CLOSURE

---

This matter is before the Court on Plaintiff's Unopposed Motion for Stay of Proceedings (Dkt. # 17), filed April 12, 2006. In light of the statements by plaintiff as to why a stay is requested and the uncertainty as to if and when this case should be actively resumed, the Court determines that rather than staying the case for eight months as requested, administrative closure pursuant to D.C.COLO.LCivR 41.2 is more appropriate. Therefore, the Court hereby ORDERS that the case is administratively closed subject to reopening for good cause. The Clerk of the Court is directed to close the action pursuant to D.C.COLO.LCivR 41.2.

DATED: April 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge